226 So.2d 921

**STATE of Louisiana ex rel. Clarence TYLER**

v.

**C. Murray HENDERSON, Warden Louisiana State Penitentiary.**

No. 50022.

Oct. 14, 1969.

In re: Clarence Tyler applying for writs of certiorari, mandamus and prohibition.

Writ refused. We find no error in the judgment complained of.